# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BALDOMERO VILLA and EDERLINDA VILLA; | 2:10-cv-02024-LDG-LRL |
| Plaintiffs, | **ORDER** |
| v. | |
| SILVER STATE FINANCIAL SERVICES, INC., et al., | |
| Defendants. | |

On January 27, 2011, plaintiffs filed a motion for temporary restraining order and/or preliminary injunction to enjoin a trustee sale scheduled for February 1, 2011. The trustee sale was noticed on January 12, 2011, and while the court is not impressed with the over two-week delay in filing for injunctive relief, the court finds that the status quo should be preserved pending an appearance of the parties and consideration of a preliminary injunction. Accordingly,

THE COURT HEREBY ORDERS that any trustee sale or foreclosure actions related to the property located at 2416 Grassy Springs Place, Las Vegas, Nevada 89135, are ENJOINED pending a ruling on the preliminary injunction.

THE COURT FURTHER ORDERS that plaintiffs shall file a separate motion for preliminary injunction with supporting points and authorities no later than February 4, 2011.

THE COURT FURTHER ORDERS that plaintiffs shall serve upon defendants all documents that are presently on file in this action (including this order) no later than February 11, 2011.

THE COURT FURTHER ORDERS that defendants shall file any points and authorities in opposition to the motion for preliminary injunction no later than February 18, 2011.

THE COURT FURTHER ORDERS that plaintiffs shall file any points or authorities in reply to an opposition no later than February 23, 2011.

THE COURT FURTHER ORDERS that the parties shall appear on March 1, 2011, at 10:00 am, before this court for a hearing on the motion for preliminary injunction.

Dated this 31 day of January, 2011.

_____
Lloyd D. George
United States District Judge