JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044/Fax: (702) 383-9950
Email: info@johnpeterlee.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALDOMERO VILLA and EDERLINDA VILLA;<br><br>Plaintiffs,<br><br>v.<br><br>SILVER STATE FINANCIAL SERVICES, INC., dba SILVER STATE MORTGAGE; MERIDIAS CAPITAL, INC.; WASHINGTON MUTUAL BANK, NA; FIDELITY NATIONAL TITLE AGENCY OF NEVADA; CALIFORNIA RECONVEYANCE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; CHEVY CHASE BANK, FSB; US BANK, NA; CAPITAL ONE, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES I-X, inclusive;<br><br>Defendants. | Case No: 2:10-CV-02024-LDG-LRL |

### SUBSTITUTION OF ATTORNEYS

Plaintiffs Baldomero Villa and Ederlinda Villa hereby substitute the law firm of John Peter Lee, Ltd., as their attorney in the above-entitled action in the place and stead of the law offices of Paul J. Adras, Esq., PC.

Dated this 17th day of June, 2011.

_____    _____
BALDOMERO VILLA                EDERLINDA VILLA

Paul J. Adras, Esq., of the law offices of Paul J. Adras, Esq., PC hereby consents to the above substitution.

Dated this 20th day of June, 2011.

                                        LAW OFFICES OF PAUL J. ADREAS, ESQ., PC

BY: /s/ Paul J. Adras, Esq.
PAUL J. ADRAS, ESQ.
Nevada Bar No. 008350
726 S. Casino Center Boulevard, Suite 201
Las Vegas, Nevada 89101
Ph: (702) 463-4200 Fax: (702) 974-3677
Email: paul@adraslaw.com

The above substitution accepted.

JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044 Fax: (702) 383-9950
Email: info@johnpeterlee.com

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 21, 2011

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of June, 2011, I served a copy of SUBSTITUTION OF ATTORNEYS in the above captioned matter by Electronic Case Filing, addressed to:

Miranda M. Du, Esq. at: mdu@mcdonaldcarano.com
Gregg A. Hubley, Esq., at: ghubley@piteduncan.com
Donna M. Osborn, Esq. at: dosborn@wrightlegal.net

An employee of
JOHN PETER LEE, LTD.