MIRANDA DU (NSBN 5288)
DAVID J. STOFT (NSBN 10241)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile:  702.873.9966
mdu@mcdonaldcarano.com
dstoft@mcdonaldcarano.com

*Attorneys for Defendants Chevy Chase Bank, FSB
and Capital One, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BALDOMERO VILLA and EDERLINDA VILLA,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES, INC. dba SILVER STATE MORTGAGE; MERIDIAS CAPITAL, INC.; WASHINGTON MUTUAL BANK, N.A.; FIDELITY NATIONAL TITLE AGENCY OF NEVADA; CALIFORNIA RECONVEYANCE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; CHEVY CHASE BANK, FSB; US BANK, NA; CAPITAL ONE, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES I – X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02024-LDG-LRL<br><br>**MOTION TO TERMINATE ELECTRONIC SERVICING** |

The law firm of McDonald Carano Wilson LLP ("MCW") appeared in the above-captioned case as counsel for defendants CHEVY CHASE BANK, FSB and CAPITAL ONE, N.A ("Defendants").  On April 22, 2011, Defendants' Motion to Dismiss was granted (Document #40). MCW has completed its work for Defendants and requests that Miranda Du (mdu@mcdonaldcarano.com, kryd@mcdonaldcarano.com) and David J. Stoft (dstoft@mcdonaldcarano.com, kgreenwell@mcdonaldcarano.com) be removed from the electronic service list.

1  DATED this 22nd day of June, 2011.

                                                    McDONALD CARANO WILSON LLP

                                                    By: /s/ David J. Stoft
                                                        MIRANDA DU (NSBN 5288)
                                                        DAVID J. STOFT (NSBN 10241)
                                                        2300 W. Sahara Ave, Suite 1000
                                                        Las Vegas, NV 89102

                                                        *Attorneys for Defendants Chevy Chase Bank, FSB and Capital One, N.A.*

227070.1

IT IS SO ORDERED.

/s/ Leavitt

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  6-27-11

## **PROOF OF SERVICE**

I hereby certify that I am an employee of McDonald Carano Wilson LLP, and that on the 22nd day of June, 2011, the foregoing **MOTION TO TERMINATE ELECTRONIC SERVICING** was filed via the CM/ECF system, which caused the parties/counsel registered with the U.S. District Court's CM/ECF system in this case to be served with a copy of the same by electronic means, as more fully reflected on the Notice of Electronic Filing:

       /s/ Katie Greenwell
      An employee of McDonald Carano Wilson LLP