)        )

1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
   Donna M. Osborn, Esq.
3  Nevada Bar No. 006527
4  5532 South Fort Apache Road, Suite 110
   Las Vegas, NV 89148
5  (702) 475-7964; Fax: (702) 946-1345
   dosborn@wrightlegal.net
6  *Attorneys for Defendants,*
7  *US Bank, N.A. and Mortgage Electronic Registration Systems, Inc.*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | BALDOMERO VILLA and EDERLINDA | Case No.: 2:10-cv-02024-LDG-LRL
11 | VILLA
   |         Plaintiffs
12 |   vs.                                | **STIPULATION AND ORDER FOR**
13 |                                      | **DISMISSAL OF CASE**
   | SILVER STATE FINANCIAL SERVICES,
14 | INC. dba SILVER STATE MORTGAGE;
   | MERIDIAS CAPITAL, INC.; WASHINGTON
15 | MUTUAL BANK, NA; FIDELITY
16 | NATIONAL TITLE AGENCY OF NEVADA;
   | CALIFORNIA RECONVEYANCE
17 | CORPORATION; CAL-WESTERN
   | RECONVEYANCE CORPORATION;
18 | CHEVY CHASE BANK, FSB; US BANK,
19 | NA; CAPITAL ONE, NA; MORTGAGE
   | ELECTRONIC REGISTRATION SYSTEMS,
20 | INC. and DOES I-X, inclusive
   |         Defendants.
21

22     The parties hereby having reached an agreement and for good cause appearing;
23 WHEREAS, on October 15, 2010, Plaintiffs, BALDOMERO VILLA and EDERLINDA VILLA,
24 filed a Complaint in the Clark County District Court Case Number A-10-627424 which was
25 reopened as the above captioned case. Plaintiff alleged causes of action including 1) Voiding of
26 the Silver State Deed of Trust; 2) Quiet Title; 3) Lack of Standing to Foreclose; 4) Fraudulent
27 Misrepresentation against all Defendants; 5) Fraudulent Concealment; 6) Unjust Enrichment &
28 Civil Conspiracy; and 7) Tortious Act of Conversion.

1  WHEREAS, the parties entered into an Agreement to settle the matter, and have
2  completely executed an Agreement memorializing the terms of the Agreement.
3  Pursuant to the terms of the settlement, the parties agree and stipulate as follows:

5  IT IS HEREBY STIPULATED between Plaintiffs BALDOMERO VILLA and
6  EDERLINDA VILLA, by and through their counsel of John Peter Lee Ltd., and Defendants U.S.
7  BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO CHEVY CHASE
8  FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2007-2 AND
9  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN
10 RECONVEYANCE CORPORATION; CHEVY CHASE BANK FSB; AND CAPITAL ONE,
11 N. A., hereinafter collectively referred to as ("Defendants"), by and through their counsel of
12 record, Donna M. Osborn, Esq. of WRIGHT, FINLAY & ZAK, LLP, that the case shall be
13 dismissed as to all Defendants with prejudice.
14 IT IS FURTHER STIPULATED that the Clerk of Court shall issue a refund of all funds
15 held pursuant to the Temporary Restraining Order, to be payable to "U.S. Bank National
16 Association" and mailed to Donna M. Osborn at Wright Finlay & Zak LLP at 5532 South Fort
17 Apache Road, Suite 100, Las Vegas Nevada 89148.
18 IT IS FURTHER STIPULATED between the parties that each side shall bear their own
19 fees and costs.

20 Submitted by:                                    Approved by
21 WRIGHT FINLAY & ZAK, LLP                         Law Office of John Peter Lee,
22 
23 Donna M. Osborn, Esq.                            John Peter Lee, Esq.,
   Nevada Bar No. 006527                            Yvette R. Freedman, Esq
24 5532 South Fort Apache Road, Suite 110           830 Las Vegas Blvd So
   Las Vegas, NV 89148                              Las Vegas, NV 89101
25 *Attorneys for Defendants,*                      *Attorney for Appellants/Plaintiffs*
26 *US Bank, N.A. and Mortgage Electronic*
   *Registration Systems, Inc.*
27
28

Approved by
PITE DUNCAN LLP

Gregg A. Hubley, Esq.
Nevada Bar No. 007386
701 E. Bridger Ave., Suite 700
Las Vegas, NV 89101
*Attorney for Defendant*
*Cal Western Reconveyance Corporation*

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed with prejudice as to Defendants, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2007-2 AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN RECONVEYANCE CORPORATION; CHEVY CHASE BANK FSB; AND CAPITAL ONE, N. A., and all other Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall issue a refund of all funds held pursuant to the Temporary Restraining Order, to be payable to "U.S. Bank National Association" and mailed to Donna M. Osborn at Wright Finlay & Zak LLP at 5532 South Fort Apache Road, Suite 100, Las Vegas Nevada 89148.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each side is to bear their own fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this case is hereby closed.

**IT IS SO ORDERED.**
DATED this 13 day of January, 2012.

US DISTRICT COURT JUDGE